

**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: September 14, 2021

The Order of the Court is set forth below. The docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                       CHAPTER 7

ONEKA S. WASHINGTON                                                     CASE NO. 20-01611-JAW

### ORDER APPROVING APPLICATION TO EMPLOY
### ATTORNEY FOR SPECIAL PURPOSE

**THIS CAUSE** having come on for consideration of the Application to Employ *The Driscoll Firm, LLC, The Driscoll Firm, P.C., The Cardoza Law Corporation* and *Aylstock Witkin Kreis Overholtz, PLLC* as Special Counsel [Dkt. #25] for Eileen N. Shaffer, Trustee for the pursuit of a personal, physical injury claim resulting from an accident which occurred on or about January 15, 2019. That said attorneys are to receive compensation of a ndivided contingent interest in same claim as forty-five percent (45%) of any recovery prior to filing suit or arbitration, plus expenses incurred. Said fees are to be divided as follows:

| | |
|---|---|
| The Driscoll Firm, LLC | 50% |
| The Cardoza Law Corporation | 40% |
| Aylstock Witkin Kreis Overholtz, PLLC | 10% |

However, the total sum of attorneys' fees and expenses shall not exceed fifty percent (50%) of the total amount of the settlement, and that any recovery, by settlement or judgment, shall be paid directly to the Trustee for future distribution in accordance with Court Orders. The delineation of attorneys' fees and expenses will be disclosed in the Application for approval of attorneys' fees and expenses. That *The Driscoll Firm, LLC, The Driscoll Firm, P.C., The Cardoza Law Corporation*

and *Aylstock Witkin Kreis Overholtz, PLLC* will adhere to the provisions of 11 U.S.C. §504, regarding their compensation.

**IT IS, THEREFORE, ORDERED** that the employment of *The Driscoll Firm, LLC, The Driscoll Firm, P.C., The Cardoza Law Corporation* and *Aylstock Witkin Kreis Overholtz, PLLC* as special counsel for the trustee be and it is hereby approved.

**IT IS FURTHER ORDERED** that applicants shall be entitled to receive compensation only after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016 and any other applicable or related statutes and rules.

**IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of any previous orders allowing compensation and the amounts so allowed.

##END OF ORDER##

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687
Attorney for Trustee
Post Office Box 1177
Jackson, Mississippi 39215
Ph: (601) 969-3006
eshaffer@eshafferlaw.com