

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 26, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  CHAPTER 7

ONEKA S. WASHINGTON  CASE NO. 20-01611-JAW

### ORDER APPROVING MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT FOR A PRE-PETITION CLAIM, *NUNC PRO TUNC* AND FOR APPROVAL OF COMPROMISE AND SETTLEMENT REGARDING DISBURSEMENT OF FUNDS

**THIS MATTER** came on for the Court's consideration on the Motion for Approval of Compromise and Settlement for a Pre-Petition Claim, *Nunc Pro Tunc*, and for Approval of Compromise and Settlement Regarding Disbursement of Funds [Dkt. #37] filed on behalf of Eileen N. Shaffer, Trustee. The Court, after notice and a hearing, does hereby find, as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

2. That a settlement was reached on behalf of the bankruptcy estate for a product liability lawsuit that resulted in a personal, physical injury in the total amount of $50,000.00.

**IT IS HEREBY ORDERED** that the settlement of the bankruptcy estate's claim in the pre-petition litigation in the amount of $50,000.00, *nunc pro tunc*, is hereby approved.

**IT IS FURTHER ORDERED** that the settlement of the bankruptcy estate's claim to the funds resulting from the Claim in the amount of $25,000.00, is hereby denied, and the total sum of $50,000.00 shall be paid over to the bankruptcy estate's Trustee within fourteen (14) days from the entry of this Order.

**IT IS FURTHER ORDERED** that The Driscoll Firm, LLC, The Cardoza Law Corporation and the law firm of Aylstock Witkin Kreis Overholtz, PLLC, who have been employed as special counsel in this matter, shall have thirty (30) days in which to file their application for fees and expenses. Special Counsel fees and expenses shall be deemed waived in the event no application is timely filed.

**IT IS FURTHER ORDERED** that any remaining funds after distribution of administrative claims and the claims of the creditors, shall be not be paid to the Debtor as surplus funds.

##END OF ORDER##

SUBMITTED BY:

_/s/ Eileen N. Shaffer_
EILEEN N. SHAFFER, MSB #1687
Attorney for Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com