**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Gwendolyn Rivers, Debtor    Case No. 23-01092-JAW
CHAPTER 13

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES OF SPECIAL COUNSEL

THIS CAUSE having come on for consideration of the Application for Allowance of Compensation and Reimbursement of Necessary Expenses of Special Counsel [DK #_____] (the "Application") filed herein by Special Counsel and the Court being fully advised in the premises, hereby finds as follows, to-wit:

IT IS THEREFORE ORDERED that The Driscoll Firm, LLC is allowed compensation for attorney's fees in the amount of $22,500.00.

IT IS FURTHER ORDERED that The Driscoll Firm, LLC is allowed reimbursement of $5,031.30 for Settlement Administration Expenses.

IT IS FURTHER ORDERED that any remaining funds after distribution of administrative claims and the claims of the creditors should be paid to the The Driscoll Firm, LLC.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533